Report and Order Terminating
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>v.  )<br>  )<br>**David B. Meador**  )<br>  )<br>  ) | **Docket No.:  0972 1:10CR00269-002** |

On June 29, 2012, the above-named commenced Supervised Release for a period of three years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton
**LONNIE E. STOCKTON**
Supervising United States Probation Officer

Dated:   October 30, 2014
         Bakersfield, California
         LES:dk

1

**Re:**     **David B Meador**
            **Docket No:   0972 1:10CR00269-002**
            **Report and Order Terminating**
            <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that David B Meador be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   October 30, 2014                               _____
                                                                        SENIOR  DISTRICT  JUDGE